Stephen J. Tully, SBN 112390
stully@garrett-tully.com
Robert Garrett, SBN 65886
rgarrett@garrett-tully.com
Efren A. Compeán, SBN 119658
ecompean@garrett-tully.com
GARRETT & TULLY, P.C.
225 S. Lake Ave., Suite 1400
Pasadena, California 91101-4869
Telephone: (626) 577-9500
Facsimile: (626) 577-0813

Attorneys for Miller Barondess, LLP,
Louis R. Miller, James Goldman,
Alexander Frid, and Jason Tokoro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| P6 LA MF Holdings SPE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NMS CAPITAL PARTNERS I, LLC; BRENTWOOD LEGAL SERVICES; STEVEN ZELIG; GENGA & ASSOCIATES, P.C.; WLA LEGAL SERVICES, INC.; JOHN GENGA; MILLER BARONDESS LLP; LOUIS R. MILLER, JAMES GOLDMAN; ALEXANDER FRID; JASON TOKORO; AND DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01150-AB-AFMx<br><br>(Hon. André Birotte, Jr.)<br><br>**APPENDIX OF EXHIBITS**<br><br>Date:   May 24, 2019<br>Time:  10:00 A.M.<br>Crtrm.: 7B |

| EX. NO. | DESCRIPTION |
|---|---|
| 1. | Amended Default Judgment against NMS in the action entitled Lincoln *Studios v. DLA, et al.*, Los Angeles Superior Court Case No. BC551551 ("*Lincoln* Action"). |
| 2. | Third Amended Complaint and Request for Trial by Jury in the *Lincoln* Action. |
| 3. | Notice of Appeal filed December 2, 2016, in the *Lincoln* Action. |
| 4. | Court of Appeal Opinion in Appeal No. B276726 in the *Lincoln* Action. |
| 5. | Letter/Term Sheet from AEW to NMS re: Multi-Family Development Joint Venture dated May 20, 2010. |
| 6. | Letter from NMS to AEW re: LLC Agreement dated June 26, 2013. |
| 7. | Letter from NMS to AEW re: LLC Agreement dated August 2, 2013. |
| 8. | Email dated November 18, 2013 from Neil Shekhter to Eric Samek re: AEW unanswered questions. |
| 9. | Text messages from Neil Shekhter to Eric Samek dated December 11 and 13, 2013. |
| 10. | Letter from NMS to AEW re: JVA dated December 22, 2015. |
| 11. | Declaration of Eric Samek dated September 21, 2015, filed in the *Lincoln* Action. |
| 12. | Email dated March 10, 2015 from Eric Samek to Neil Shekhter. |
| 13. | NMS Motion for Forensic Examination, filed in the *Lincoln* Action on January 19, 2016. |
| 14. | Declaration of Daniel Lennon dated January 16, 2016, filed in the *Lincoln* Action. |
| 15. | Transcript of proceedings in the *Lincoln* Action dated October 25, 2016. |
| 16. | Declaration of Valery Aginsky dated June 19, 2016, filed in the *Lincoln* Action. |
| 17. | Declaration of Kathleen Nicolaides dated June 20, 2106, filed in the *Lincoln* Action. |

| EX. NO. | DESCRIPTION |
|---|---|
| 18. | The Declaration of William Flynn dated June 21, 2106, filed in the *Lincoln* Action. |
| 19. | Declaration of Scott Cooper dated June 21, 2106, filed in the *Lincoln* Action. |
| 20. | AEW Motion for Sanctions filed June 3, 2016 in the *Lincoln* Action. |
| 21. | Notice of Ruling Denying Motion for Terminating Sanctions in the action entitled *P6 LA MF Holdings I LLC v. NMS Properties, Inc.*, Los Angeles Superior Court Case No. BC584878 dated July 5, 2016. |
| 22. | Court of Appeal Opinion in Appeal No. B279305 in the *Lincoln* Action. |
| 23. | Fourth Amended Complaint filed in the *Lincoln* Action on September 27, 2018. |
| 24. | Declaration of Neil Shekhter dated January 27, 2016, filed in the *Lincoln* Action. |
| 25. | Ruling on Demurrer dated June 9, 2016, in the *Lincoln* Action. |
| 26. | Plaintiffs' Motion for Sanctions in the *Lincoln* Action filed January 27, 2016. |
| 27. | AEW Reply in support of Motion for Terminating and other Sanctions filed February 29, 2016 in the *Lincoln* Action. |
| 28. | Transcript of proceedings in the *Lincoln* Action dated October 28, 2016 in the *Lincoln* Action. |
| 29. | Notice of Lodging Proposed Order Granting Defendants and Cross Complainant's Motion for Terminating and other Sanctions filed November 2, 2016 in the *Lincoln* Action. |
| 30. | AEW's Objections to NMS's Proposed Order filed on November 7, 2016 in the *Lincoln* Action. |
| 31. | AEW's reply re NMS's Proposed Order Granting Defendants and Cross Complainant's Motion for Terminating and other Sanctions against Plaintiffs for Spoliation of Evidence filed on November 10, 2016 in the *Lincoln* Action. |
| 32. | Transcript of proceedings in the *Lincoln* Action dated October 19, 2016 in the *Lincoln* Action. |
| 33. | Order granting Motion for Terminating Sanctions dated November 22, 2016 in the *Lincoln* Action. |

| EX. NO. | DESCRIPTION |
|---|---|
| 34. | Complaint in the action entitled *P6 LA MF Holdings I LLC v. NMS Properties, Inc.,* Los Angeles Superior Court Case No. BC584878 ("Property Management Action"). |
| 35. | Transcript of the deposition of Ed Zimbler taken in the Lincoln Action on November 19, 2014. |
| 36. | Notice of Ruling regarding the Forensic Examination filed on October 5, 2015 in the *Lincoln* Action. |
| 37. | Excerpts from the transcript of the deposition of Steve Williford taken in the *Lincoln* Action on October 26, 2015. |
| 38. | Tentative Ruling on Motion for Preliminary Injunction dated June 29, 2016 in the Property Management Action. |
| 39. | Defendants' Opposition to Motion for a Preliminary Injunction dated June 16, 2016 in the Property Management Action. |
| 40. | Declaration of Dino Ciarmoli with Exhibits filed on October 5, 2016 in the *Lincoln* Action. |
| 41. | PowerPoint presentation for oral argument for hearing on sanctions motion dated June 13, 2016. |
| 42. | Declaration of Louis R. Miller dated November 7, 2016 filed in the *Lincoln* Action. |

DATED: April 18, 2019

GARRETT & TULLY, P.C.

/s/ Stephen J. Tully

STEPHEN J. TULLY
Attorneys for Defendants Miller Barondess, LLP, Louis R. Miller, James Goldman, Alexander Frid, and Jason Tokoro

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Ventura, State of California. My business address is 4165 E. Thousand Oaks Blvd., Suite 201, Westlake Village, CA 91362-3839.

On April 18, 2019, I served true copies of the following document(s) described as **APPENDIX OF EXHIBITS** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 18, 2019, at Westlake Village, California.

Rusty Holmgren