Steven Zelig, SBN 094654
WLA LEGAL SERVICES, INC.
1543 7th St., Suite 300
Santa Monica, California 90401
T: 310/393-6702 F: 310/393-6703

Attorneys for Steven Zelig, WLA Legal Services, Inc.
and Brentwood Legal Services

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| P6 LA MF Holdings SPE, LLC, a limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>NMS CAPITAL PARTNERS I, LLC; BRENTWOOD LEGAL SERVICES; STEVEN ZELIG; GENGA & ASSOCIATES, P.C.; WLA LEGAL SERVICES, INC,; JOHN GENGA; MILLER BARONDESS LLP; LOUIS R. MILLER, JAMES GOLDMAN; ALEXANDER FRID; JASON TOKORO; AND DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-01150-AB-AFMx<br><br>(Hon. Andre Birotte, Jr.)<br><br>APPENDIX OF EXHIBITS<br><br>DATE: May 24, 2019<br>TIME:  10:00 a.m.<br>CRTRM: 7B |

APPENDIX OF EXHIBITS         - 1

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 1. | Amended Default Judgment against NMS in the action entitled Lincoln Studios v. DLA, et al., Los Angeles Superior Court Case No. BC551551 ("*Lincoln* Action.") |
| 2. | Third Amended Complaint and Request for Trial by Jury in the *Lincoln* Action. |
| 3. | Notice of Appeal filed December 2, 2016, in the *Lincoln* Action. |
| 4. | Court of Appeal Opinion in Appeal No. B276726 in the *Lincoln* Action. |
| 5. | Letter/Term Sheet from AEW to NMS re: Multi-Family Development Joint Venture dated May 20, 2010 |
| 6. | Letter from NMS to AEW re: LLC Agreement dated June 26, 2013. |
| 7. | Letter from NMS to AEW re: LLC Agreement dated August 2, 2013. |
| 8. | Email dated November 18, 2013 from Neil Shekhter to Eric Samek re: AEW unanswered questions. |
| 9. | Text messages from Neil Shekhter to Eric Samek dated December 11 and 13, 2013. |
| 10. | Letter from NMS to AEW re: JVA dated December 22, 2015 |
| 11. | Declaration of Eric Samek dated September 21, 2015, filed in the *Lincoln* Action. |
| 12. | Email dated March 10, 2015 from Eric Samek to Neil Shekhter |
| 13. | NMS Motion for Forensic Examination, Filed in the *Lincoln* Action on January 19, 2016 |
| 14. | Declaration of Daniel Lennon dated January 16, 2016, filed in |

APPENDIX OF EXHIBITS    - 2

| | | |
|---|---|---|
| | | the *Lincoln* Action |
| | 15. | Transcript of proceedings in the *Lincoln* Action dated October 25, 2016 |
| | 16. | Declaration of Valery Aginsky dated June 19, 2016, filed in the *Lincoln* Action. |
| | 17. | Declaration of Kathleen Nicolaides dated June 20, 2016, filed in the *Lincoln* Action. |
| | 18. | The Declaration of William Flynn dated June 21, 2016, filed in the *Lincoln* Action. |
| | 19. | Declaration of Scott Cooper dated June 21, 2016, filed in the *Lincoln* Action. |
| | 20. | AEW Motion for Sanctions filed June 3, 2016 in the *Lincoln* Action. |
| | 21. | Notice of Ruling Denying Motion for Terminating Sanctions in the action entitled *P6 LA MF Holdings I LLC v. NMS Properties, Inc.,* Los Angeles Superior Court Case No. BC584878 dated July 5, 2016. |
| | 22. | Courrt of Appeal Opinion in Appeal No. B279305 in the *Lincoln* Action. |
| | 23. | Fourth Amended Complaint filed in the *Lincoln* Action on September 27, 2018 |
| | 24. | Declaration of Neil Shekhter dated January 27, 2016, filed in the *Lincoln* Action. |
| | 25. | Ruling on Demurrer dated June 9, 2016, in the *Lincoln* Action |
| | 26. | Plaintiffs' Motion for Sanctions in the *Lincoln* Action filed January 27, 2016 |

APPENDIX OF EXHIBITS        - 3

| 27. | AEW Reply in support of Motion for Terminating and other Sanctions filed February 29, 2016 in the *Lincoln* Action |
|---|---|
| 28. | Transcript of proceedings in the *Lincoln* Action dated October 28, 2016 in the *Lincoln* Action. |
| 29. | Notice of Lodging Proposed Order Granting Defendants and Cross-Complainant's Motion for Terminating and other Sanctions filed November 2, 2016 in the *Lincoln* Action. |
| 30. | AEW's Objections to NMS's Proposed Order filed on November 7, 2016 in the *Lincoln* Action. |
| 31. | AEW's reply re NMS's Proposed Order Granting Defendfants and Cross-Complainant's Motion for Terminating and other Sanctions against Plaintiffs for Spoliation of Evidence filed on November 10, 2016 in the *Lincoln* Action |
| 32. | Transcript of proceedings in the *Lincoln* Action dated October 19, 2016 in the *Lincoln* Action |
| 33. | Order granting Motion for Terminating Sanctions dated November 22, 2016 in the *Lincoln* Action |
| 34. | Complaint in the action entitled *P6 LA MF Holdings I LLC v. NMS Properties, Inc.,* Los Angeles Suepriro Court Case No. BC584878 ("Property Management Action") |
| 35. | Transcript of the deposition of Ed Zimbler taken on November 19, 2014 |
| 36. | Nottice of Ruling regarding the Forensic Examination filed on October 5, 2015 in the *Lincoln* Action |
| 37. | Excerpts from the transcript of the deposition of Steve Williford taken in the *Lincoln* Action on October 26, 2015 |

APPENDIX OF EXHIBITS      - 4

| 38. | Tentative Ruling on Motion for Preliminary Injunction dated June 29, 2016 in the Property Management Action |
|---|---|
| 39. | Defendants' Opposition to Motion for Preliminary Injunction dated June 16, 2016 in the Property Management Action |
| 40. | Declaration of Dino Ciarmoli with Exhibits filed on October 5, 2016 in the *Lincoln* Action |
| 41. | PowerPointt presentation for oral argument for hearing on sanctions motion dated June 13, 2016 |
| 42. | Declaration of Louis R. Miller dated November 7, 2016, filed in the *Lincoln* Action, attaching copies of September 7, 2016 declarations of Mr. Miller, Mr. Goldman, Mr. Frid, Mr. Tokoro, Mr. Zelig, and Mr. Genga |
| 43. | Declaration of Daniel Lennon dated November 10, 2015 |
| 44. | Letter by Friedman (Attorney for Ed Zimbler) to DLA Piper LLP (attorneys for AEW) dated October 25, 2010 |
| 45 | Page 240 of Deposition transcript of Eric Samek taken on September 21, 2015 |
| 46 | Deposition Ed Zimbler |
| 47. | First Amended Complaint filed in the *Lincoln* Action on April 21, 2015 |
| 48. | Second Amended Complaint filed in the *Lincoln* Action on September 10, 2015 |

APPENDIX OF EXHIBITS - 5

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2019, a copy of the foregoing APPENDIX OF EXHIBITS was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM//ECF System.

DATED: April 22, 2019            WLA LEGAL SERVICES, INC.


/s/ Steven Zelig
STEVEN ZELIG
Attorneys for Defendants Steven Zelig, WLA Legal Services, Inc., and Brentwood Legal Services

APPENDIX OF EXHIBITS       - 6