# EXHIBIT 1

Exhibit 1
Page 1



# Samuel S. Rubin

**THE CRYPSIS GROUP**
**Vice President**, September 2017 to Present
Los Angeles, CA

Lead teams in digital forensic and cybersecurity incident response investigations in connection with internal investigations, data breach incidents, civil or criminal litigation, and regulatory matters. Provide proactive risk management services based on information security best practices. Manage The Crypsis Group's Los Angeles office.

**STROZ FRIEDBERG**
**Managing Director**, January 2015 to August 2017
**Director, Digital Forensics**, January 2009 to January 2015
**Assistant Director, Digital Forensics,** January 2006 to January 2009
**Forensic Examiner**, June 2003 to December 2005

Conducted digital forensic acquisitions and analyses of laptops, desktops, servers, and mobile devices in civil litigations, criminal matters, internal investigations, and computer incident response efforts. Worked on the preservation, processing, and production of data in electronic discovery projects. Oversaw and managed Stroz Friedberg's west region forensics operations and assisted with the strategic development of the firm's cyber-practices.

Significant matters included:

- Testified as a federal government forensic expert in a criminal jury trial on the provenance, reliability and authenticity of electronically stored accounting records proffered by defendants as evidence of their contemporaneous bookkeeping efforts.

- Led team in Payment Card Industry (PCI) assessment review for Fortune 500 company. Reviewed PCI-DSS compliance findings to advance client's understanding of potential security gaps and risks continuing beyond PCI-DSS compliance. The matter involved a comprehensive review of the company's IT security infrastructure based on PCI-DSS control objectives and disclosure of a formal report of findings that included recommendations for remediation, mitigation, and incident preparedness.

- Forensically analyzed computer hard drives used by defendants charged in a federal criminal indictment with material support of terrorism and drafted expert reports documenting usage activities on the media.

- Forensically analyzed computer hard drives used by former employees to misappropriate intellectual property from a former employer. Prepared expert report and affidavit submitted in conjunction with an application for injunctive relief in Circuit Court in Virginia.

- Coordinated international, multi-terabyte data preservation, analysis, and review effort for an internal investigation of a European corporation. Conducted in-depth forensic analysis of multiple computers and uncovered evidence of deliberate attempts to destroy data through the use of wiping programs. Structured data preservation and processing protocols consistent with EU privacy standards.

Exhibit 1
Page 2



- Coordinated international, multi-terabyte data preservation, analysis, and review effort for multi-national corporation related to U.S. regulatory investigation. Conducted covert forensic acquisitions of hard drives, BlackBerrys and server data, including network-based acquisitions using EnCase Enterprise.

- Forensically restored and analyzed legacy servers in London and Israel containing email sent and received by key players involved in highly-publicized corporate inquiry, foreign regulatory investigation, and criminal prosecution involving Hollinger International and Conrad Black.

- Assisted with the design and implementation of a comprehensive compliance audit and review for a Fortune 500 company to determine out-sourced IT vendor's conformity with corporate data retention policies. Conducted on-site interviews of database administrator and out-sourced IT vendor. Co-authored comprehensive analysis of enterprise-wide backup capabilities of out-sourced IT vendor's conformity with retention policies.

- Drafted report on metadata analysis of the inter-relationship between separate documents located on different media, the chronology of the movement of electronic documents among different storage media, and the analysis of the authors and editors of key electronic documents for defendant facing criminal charges relating to the backdating of securities documents.

**OFFICE OF U.S. SENATOR PATRICK LEAHY**
**Intern/Staff Assistant**, September 2002 to February 2003
Washington, DC

Worked on research projects for legislative initiatives and constituent issues.

**EDUCATION**

**EMORY UNIVERSITY**
B.S., Political Science, 2001

**CERTIFICATIONS and AFFILIATIONS**

Certified Information Systems Security Professional (CISSP), June 2015

GIAC Certified Forensic Analyst (GCFA), September 2013

GIAC Critical Controls Certification (GCCC), January 2017

EnCase Certified Examiner (EnCE), October 2006 – October 2016
Guidance Software, Inc.

Payment Card Industry Qualified Security Assessor (PCI QSA), June 2008 – June 2009.
PCI Security Standards Council

Trainee Affiliate, American Academy of Forensic Sciences, 2006 – 2009

University of Southern California (USC) Information Technology Program Advisory Board, August 2013



Institute for Corporate Counsel (ICC) Advisory Board Member, August 2015

Sedona Conference Working Group on Data Security and Privacy, member, June 2018 – present.

**TRAINING**

STROZ FRIEDBERG
In-House Training
Conduct and attend weekly in-house training presentations on digital forensics, cybercrime response, computer security, desktop and network forensics tools, and relevant legal topics.

Implementing and Auditing the Critical Security Controls, 2016
SANS Institute

Advanced Computer Forensic Analysis and Incident Response, 2013
SANS Institute

Payment Card Industry Qualified Security Assessor Training, 2008
PCI QSA

Encase, Introduction to Computer Forensics, 2004
Guidance Software

**TESTIMONY (Last five years)**

October 2018: Deposition testimony regarding investigation into trade secret misappropriation in *Amgen Inc. and Amgen USA Inc. vs. Coherus Biosciences Inc.; KBI Biopharma Inc., Howard S. Weiser; and DOES 1-20*, in Superior Court of the State of California, Ventura County.

March 2018: Digital forensic expert trial testimony regarding the provenance of electronic files and authenticating digital evidence *In re the Marriage of Petitioner Mark Strome and Respondent Tammy Estrada Strome,* in Superior Court of the State of California, Los Angeles County.

February 2018: Deposition testimony regarding the provenance of electronic files and authenticating digital evidence *In re the Marriage of Petitioner Mark Strome and Respondent Tammy Estrada Strome,* in Superior Court of the State of California, Los Angeles County.

September 2017: Deposition testimony regarding the provenance of electronic files and authenticating digital evidence *In Re Korean Ramen Antitrust Litigation*, United States District Court, Northern District of California.

October 2016: expert testimony at evidentiary hearing regarding the withholding, alteration, destruction and forgery of documents in *Lincoln Studios LLC et. al. v. DLA, et. al.*, in Superior Court of the State of California, Los Angeles County.

August 2016: Deposition testimony regarding the authenticity of digital photographs in *Hanson, et. al. vs. County of San Bernardino, et. al.,* in Superior Court of the State of California, San Bernardino County.



May 2016: Digital forensic expert arbitration testimony regarding alleged theft of intellectual property, data deletion and use of wiping software in *Corelogic, Inc. v. First American Financial Corporation, et. al.,* before Judicial Arbitration and Mediation Services.

April 2016: Deposition testimony regarding alleged theft of intellectual property, data deletion and use of wiping software in *Corelogic, Inc. v. First American Financial Corporation, et. al.,* before Judicial Arbitration and Mediation Services.

April 2016: Digital forensic expert trial testimony regarding investigation into trade secret misappropriation in *Epic Systems Corporation v. Tata Consultancy Services Ltd.,* in United States District Court, Western District of Wisconsin.

April 2016: Deposition testimony regarding investigation into trade secret misappropriation in *Epic Systems Corporation v. Tata Consultancy Services Ltd.,* in United States District Court, Western District of Wisconsin.

November 2015: Digital forensic expert trial testimony regarding forgery of documents in *San Diegans for Open Government v. City of San Diego, et. al.,* in Superior Court of the State of California, San Diego County.

March 2015: Digital forensic expert trial testimony regarding copying, transfer and use of files in *AMEC Environment & Infrastructure, Inc. v. NewFields Companies, LLC et. al.,* in District Court, City and County of Denver, State of Colorado

September 2014: Digital forensic expert trial testimony regarding authenticity of digital photographs and deletion of messaging content from an iPhone in *Nelson v. Nelson,* in California Superior. Court, Los Angeles County, Case No. BD 603233.

September 2013: Deposition testimony regarding improper access to company web-based email account in *Band Pro Film & Digital, Inc. v. ARRI Inc. and Michael Bravin,* in United States District Court, Central District of California.

July 2013: Digital forensic expert arbitration testimony regarding alleged theft of intellectual property, data deletion and use of wiping software in *Liquid Realty Advisors, LLC etc. et. al. vs. Jeffrey Giller, etc. et al.,* before the American Arbitration Association.

June 2013: Deposition testimony regarding alleged theft of intellectual property, data deletion and use of wiping software in *Liquid Realty Advisors, LLC etc. et. al. vs. Jeffrey Giller, etc. et al.,* before the American Arbitration Association.

**PUBLICATIONS**

Co-Authored "What Every Lawyer Should Know About Digital Forensics," published in The Pennsylvania Lawyer (Fall 2006).

**LECTURES/PANELS**

January 2019: Presented on a panel entitled "Strategic Breach Preparation and Response in 2019" at the Jones Day CLE Academy

October 2018: Presented on a panel entitled "Managing Privilege and Related Concerns in Incident Response" at the 2018 Privacy+Security Forum.

October 2018: Presented on a panel entitled "Challenging and Mitigating PCI Fines" at the 2018 NetDiligence Cyber Risk Summit.



October 2018: Presented on a panel entitled "Trade Secret Investigations" at the Daily Journal's 2018 Trade Secrets Event.

September 2018: Presented on a panel entitled "The Reasonable Security Test" at the Sedona Conference Working Group 11 on Data Security & Privacy Liability 2018 Midyear Meeting

May 2018: Presented on a panel entitled "How to Decrypt the Cyber Liability Insurance Marketplace" at the IAPP Orange County KnowledgeNet Chapter meeting.

April 2018: Presented on a panel entitled "Cyber-Threats in Latin America" at the 3rd Annual Latin America Privacy & Cybersecurity Symposium, hosted by Jones Day.

March 2018: Presented on a panel entitled "Incident Response: Be a Cyber Scout and Be Prepared" at the Daily Journal's 2018 CyberForum

February 2018: Presented on a panel entitled "After Breach: Strategy & Tactics" at the Payments Innovation Alliance Meeting.

December 2017: Presented on a panel entitled "The Year in Data Breach & Privacy Litigation" at the ALM CyberSecure conference.

March 2017: Presented on a panel entitled "Litigation CSI: Electronic Evidence" before the Los Angeles County Bar Association Labor & Employment Law Symposium.