# EXHIBIT 2

Exhibit 2
Page 1


STROZ FRIEDBERG
△ Digital Forensics

## Exhibit 2: Media Summary Report

| ES # | Sub ES # | Custodian | Type of Media | Imaged | Received From | Received Location | Date Received | Date Returned | Date Imaged | Date Provided Copy to Opposing Expert | Device Location | Device Brand | Device Model | Device Serial # | Drive Manufacturer | Drive Model | Drive Serial # | Size (GB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 005 | A | Shekhter, Neil | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:13 | 12/04/2015 23:24 | 12/04/2015 | 12/06/2015 | 1430 Shekhter N | Dell | Optiplex 9020 | 8XBLV42 | Samsung | SAMSUNG SSD PM8S | S1CTNSAG249091 | 119 |
| 006 | A | Shekhter, Neil | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/05/2015 16:00 | 12/04/2015 | 12/07/2015 | 1430 Shekhter N | Dell | Precision T5810 | CK6DN22 | SK Hynix | SK hynix SH920 2 | 1I47N00B1103D733K | 477 |
| 006 | B | Shekhter, Neil | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/05/2015 16:00 | 12/04/2015 | 12/07/2015 | Neil Home | Dell | Precision T5810 | CK6DN22 | Seagate | ST4000DM000-1F21 | S301HYLD | 4096 |
| 007 | A | Williford, Steve | Laptop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/04/2015 23:26 | 12/04/2015 | 12/06/2015 | 5RYH9W1 | Intel | Latitude E6430 | 5RYH9W1 | Intel | INTEL SSDSC2BW24 | | 224 |
| 008 | A | Bowis, Brian | Laptop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/04/2015 23:25 | 12/04/2015 | 12/06/2015 | 1430 Bowis | Dell | Latitude E6420 | 7J68FV1 | Western Digital | WDC WD5000BPKT-7 | WD-WXK1E32XLVH9 | 466 |
| 009 | A | Walters, Scott | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/04/2015 23:24 | 12/04/2015 | 12/06/2015 | 1430 Walter | Dell | Optiplex 9020 | 1QZFV42 | Samsung | SAMSUNG SSD PM8S | S1CTNSAG263963 | 119 |
| 010 | A | Lietz, Kurt | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/05/2015 16:00 | 12/04/2015 | 12/06/2015 | 1420 05 | Dell | Vostro 460 | 1DNXLS1 | Seagate | ST5000DM002-1BD14 | Z2AMT7G8 | 466 |
| 011 | A | Viswanathan, Shylesh | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/05/2015 13:15 | 12/04/2015 | 12/06/2015 | 1420 O3 | Dell | Optiplex 7010 | 1V7XDX1 | Western Digital | WDC WD5000AAKX-7 | WD-WCC2E0X10719 | 466 |
| 011 | B | Viswanathan, Shylesh | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/05/2015 13:15 | 12/04/2015 | 12/06/2015 | 1420 O3 | Dell | Optiplex 7010 | 1V7XDX1 | Western Digital | WDC WD5000AAKX-7 | WD-WCC2ED0Y03836 | 466 |
| 012 | A | Ciarmoli, Dino | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/05/2015 16:00 | 12/04/2015 | 12/06/2015 | 1420 O2 | Dell | Precision T3500 | FJRYZQ1 | Western Digital | WDC WD3200AAKS-7 | WD-WMAV2J743913 | 298 |
| 012 | B | Ciarmoli, Dino | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/05/2015 16:00 | 12/04/2015 | 12/06/2015 | 1420 O2 | Dell | Precision T3500 | FJRYZQ1 | Western Digital | WDC WD3200AAKS-7 | WD-WMAV2J743913 | 298 |
| 013 | A | Valentin, Eddie | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 20:20 | 12/04/2015 17:50 | 12/04/2015 | 12/06/2015 | 1430 Valentin | Dell | Precision T3500 | JR82WR1 | Samsung | Samsung_SSD_840_EVO_250GB | S1DBNSAFB25621H | 233 |
| 014 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 22:30 | 12/04/2015 17:50 | 12/04/2015 | 12/06/2015 | Empty 5 | Dell | Precision T3500 | JR84WR1 | Seagate | ST3500413AS | Z2AG5P78 | 466 |
| 014 | B | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 22:30 | 12/05/2015 16:00 | 12/04/2015 | 12/06/2015 | Empty 5 | Dell | Precision T3500 | JR84WR1 | Seagate | ST3500413AS | Z2AG38NM | 466 |
| 015 | A | McCreary, Patrick | Laptop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 22:30 | 12/05/2015 17:50 | 12/04/2015 | 12/06/2015 | 1430 McCreary | Dell | Latitude E6420 | 1RL8FV1 | Intel | INTEL_SSDSC2BW1204A | CVDA51240X1207GN | 112 |
| 016 | A | Shekhter, Alan | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 22:30 | 12/05/2015 12:58 | 12/04/2015 | 12/06/2015 | 1430 Shekhter A | Dell | Optiplex 7010 | 1V7YDX1 | Samsung | Samsung SSD 850 | S21TNSAG107156T | 112 |
| 017 | A | Glieden, Taylor | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 23:00 | 12/05/2015 16:00 | 12/04/2015 | 12/06/2015 | 1430 Glieden | Dell | Vostro 460 | 9MRLSR1 | Samsung | Samsung SSD 840 | S1D5NSAFB66627H | 112 |
| 017 | B | Glieden, Taylor | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 23:00 | 12/05/2015 16:00 | 12/04/2015 | 12/06/2015 | 1430 Glieden | Dell | Vostro 460 | 9MRLSR1 | Seagate | ST3500413AS | Z2ABG7GW | 466 |
| 018 | A | Tittle, Heidi | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 23:00 | 12/06/2015 17:50 | 12/04/2015 | 12/06/2015 | 1430 Tittle | Dell | Optiplex 9020 | 812FV42 | Samsung | SAMSUNG SSD PM8S | S1CTNSAG260384 | 119 |
| 019 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 23:00 | 12/05/2015 16:00 | 12/04/2015 | 12/06/2015 | Hardware 4 | Dell | Optiplex 790 | 2UA3470892 | Seagate | ST5000M002-1BD14 | Z3TRS54R | 500 |
| 020 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 23:00 | 12/05/2015 16:00 | 12/04/2015 | 12/06/2015 | Hardware 1 | HP | Compaq Pro 6300 | 2UA34708BL | Seagate | ST5000DM002-1BD14 | Z3TRTG6Z | 500 |
| 021 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 23:00 | 12/05/2015 16:00 | 12/04/2015 | 12/06/2015 | Hardware 4 | Dell | Optiplex 7010 | 7JVWVV1 | Seagate | ST5000DM002-1BD14 | Z3T4RV1W | 466 |
| 021 | B | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/04/2015 23:00 | 12/05/2015 16:00 | 12/04/2015 | 12/06/2015 | Hardware 1 | HP | Optiplex 7010 | 7JVWVV1 | Seagate | ST5000DM002-1BD14 | Z3T4DDS4 | 466 |
| 022 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 16:00 | 12/05/2015 | 12/06/2015 | Empty 1 | Dell | Optiplex 7010 | 7JVTVV1 | Seagate | ST5000DM002-1BD14 | Z3T4Z0CN | 466 |
| 022 | B | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 16:00 | 12/05/2015 | 12/06/2015 | Empty 1 | Dell | Optiplex 7010 | 7JVTVV1 | Seagate | ST5000DM002-1BD14 | Z3T4ZOQX | 466 |
| 023 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 16:00 | 12/05/2015 | 12/06/2015 | Optiplex 790 | 8LX0MS1 | Western Digital | WDC WD2500AAKX-7 | WD-WMAV27277700 | 233 |
| 023 | B | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 16:00 | 12/05/2015 | 12/06/2015 | Empty 2 | Dell | Optiplex 790 | 8LX0MS1 | Western Digital | WDC WD2500AAKX-7 | WD-WMAV2895722 | 233 |
| 024 | -- | McCreary, Patrick | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 19:53 | N/A | 12/05/2015 | 1430 McCreary | HP | LaserJet P1102w | VNB4D42229 | N/A | N/A | N/A | N/A |
| 025 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 19:53 | 12/05/2015 | 12/06/2015 | Reception | Dell | Vostro 460 | 1DMYLS1 | Seagate | ST5000DM002-1BD14 | Z2AMT47J | 466 |
| 025 | B | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 19:53 | 12/05/2015 | 12/06/2015 | Reception | Dell | Vostro 460 | 1DMYLS1 | Seagate | ST5000DM002-1BD14 | Z2AMN5VB | 466 |
| 026 | -- | Walters, Scott | Cable Box | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 19:53 | N/A | N/A | 1430 Walters | Motorola | QIP7100 2 | MT1222TF9090 | N/A | N/A | N/A | N/A |
| 027 | -- | Bowis, Brian | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 19:53 | N/A | N/A | 1430 Bowis | HP | LaserJet P1102w | VNB4905873 | N/A | N/A | N/A | N/A |
| 028 | -- | Unknown | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 16:00 | N/A | N/A | Hardware 3 | HP | LaserJet P1102w | VND3H29244 | N/A | N/A | N/A | N/A |
| 029 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 16:00 | 12/05/2015 | 12/06/2015 | Empty 6 | Dell | Vostro 460 | 9MRDSR1 | Seagate | ST3500413AS | Z2ABGT8B | 500 |
| 029 | B | Unknown | Desktop | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/06/2015 17:50 | N/A | N/A | Empty 6 | Dell | Vostro 460 | 9MRDSR1 | Samsung | HD502HM | S2PJJ9DB711389 | 500 |
| 030 | A | Serrano, Abel | Printer | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 16:00 | 12/05/2015 | 12/06/2015 | 1430 Serrano | HP | LaserJet P1102w | VNB4D42244 | N/A | N/A | N/A | N/A |
| 031 | -- | Valentin, Eddie | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 16:00 | N/A | N/A | 1430 Valentin | HP | LaserJet P1102w | VNB4K13753 | N/A | N/A | N/A | N/A |
| 032 | -- | Unknown | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 16:00 | N/A | N/A | Empty 5 | HP | LaserJet P1102w | VNB4220546 | N/A | N/A | N/A | N/A |
| 033 | A | McCreary, Patrick | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:20 | 12/05/2015 16:00 | 12/05/2015 | 12/06/2015 | Empty 5 | Dell | Precision T3500 | FJRXZQ1 | Seagate | ST5000DM002-1BD14 | S1D5NSAF867468M | 120 |
| 034 | A | Tittle, Heidi | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:00 | 12/05/2015 17:15 | 12/05/2015 | 12/06/2015 | 2335dn | Dell | 2335dn | 654PLV1 | N/A | N/A | N/A | N/A |
| 035 | A | Walters, Scott | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 00:00 | 12/06/2015 17:50 | N/A | N/A | 1430 Walters | HP | Color LaserJet CP3525dn | CNCCC90238 | N/A | N/A | N/A | N/A |
| 036 | A | Unknown | USB Hard Drive | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 12:40 | 12/08/2015 13:45 | 12/08/2015 | 12/08/2015 | Server Room | Western Digital | My Book Duo | WUA251100934 | Western Digital | WD40EFRX | WCC4EKHVVJPC | 4096 |
| 036 | B | Unknown | USB Hard Drive | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 12:40 | 12/08/2015 13:45 | 12/08/2015 | 12/08/2015 | Server Room | Western Digital | My Book Duo | WUA251100934 | Western Digital | WD40EFRX | WCC4EEYD6AN2 | 4096 |
| 037 | A | Sanchez, Enrique | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 14:10 | 12/06/2015 12:27 | 12/06/2015 | 12/07/2015 | 1430 Sanchez | Dell | Precision T3500 | 18MLXR1 | Samsung | WDC WD5000AAKX-7 | WD-WCAYUHJ86429 | 500 |
| 038 | A | Sanchez, Enrique | USB Hard Drive | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 14:10 | 12/06/2015 12:27 | 12/06/2015 | 12/07/2015 | 1430 Sanchez | Western Digital | My Passport Ultra | WXB1A75HVHF2 | Western Digital | Unkn | Unkn | 1024 |
| 039 | A | P., Claudia | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 14:42 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | 1420 C4 | Dell | Vostro 460 | 9MRMSR1 | Seagate | ST3500413AS | Z2ABK167 | 500 |
| 039 | B | P., Claudia | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 14:42 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | 1420 C4 | Dell | Vostro 460 | 9MRMSR1 | Seagate | ST3500413AS | Z2ABK167 | 500 |
| 040 | A | R., Beverly | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 14:42 | 12/06/2015 17:50 | 12/06/2015 | 12/06/2015 | 1420 C3 | Dell | Vostro 460 | 1DMXLS1 | Seagate | ST5000DM002-1BD14 | Z2AMBTG9 | 500 |
| 040 | B | R., Beverly | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 14:42 | 12/06/2015 17:50 | 12/06/2015 | 12/06/2015 | 1420 C3 | Dell | Vostro 460 | 1DMXLS1 | Seagate | ST5000DM002-1BD14 | Z2AMN8N3 | 500 |
| 041 | A | O., Rose | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 14:42 | 12/06/2015 17:50 | 12/06/2015 | 12/06/2015 | 1420 C10 | Dell | Vostro 230 | 3WJP8P1 | Western Digital | WDC WD5000AAKS-7 | WD-WCAWFC190760 | 500 |
| 041 | B | O., Rose | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 14:42 | 12/06/2015 17:50 | 12/06/2015 | 12/06/2015 | 1420 C10 | Dell | Vostro 230 | 3WJP8P1 | Western Digital | WDC WD5000AAKS-7 | WD-WCAWFC201010 | 500 |
| 042 | A | Z., Matt | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 14:42 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | 1420 C6 | Dell | Optiplex 7010 | 1TYVSV1 | Seagate | ST5000DM002-1BD14 | Z3T0P8ER | 500 |
| 042 | B | Z., Matt | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 14:42 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | 1420 C6 | Dell | Optiplex 7010 | 1TYVSV1 | Seagate | ST5000DM002-1BD14 | Z3T0P8ER | 500 |
| 043 | A | Unknown | Server | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:02 | 12/07/2015 17:50 | 12/06/2015 | 12/07/2015 | Server Room | Dell | PowerEdge R210 11 | J7J9PW1 | Seagate | SEAGATE ST500NM0001 | 21A02PY9 | 466 |
| 043 | B | Unknown | Server | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:02 | 12/07/2015 17:50 | 12/06/2015 | 12/07/2015 | Server Room | Dell | PowerEdge R210 11 | J7J9PW1 | Seagate | SEAGATE ST500NM0001 | 21A02QFX | 466 |
| 044 | A | W., Catherine | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:30 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | 1420 C12 | Dell | Optiplex 7010 | 1V70FX1 | Western Digital | WDC WD5000AAKX-7 | WD-WCC2ED9D3045 | 466 |
| 044 | B | W., Catherine | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:30 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | 1420 C12 | Dell | Optiplex 7010 | 1V70FX1 | Western Digital | WDC WD5000AAKX-7 | WD-WCC2ED9D3045 | 466 |
| 045 | A | M., Angie | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:30 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | 1420 C9 | Dell | Optiplex 7010 | 1TXRSV1 | Seagate | ST5000DM002-1BD14 | Z3T0RHR9 | 466 |
| 045 | B | M., Angie | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:30 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | 1420 C9 | Dell | Optiplex 7010 | 1TXRSV1 | Seagate | ST5000DM002-1BD14 | Z3T0RHR9 | 466 |
| 046 | A | G., Paulina | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:30 | 12/07/2015 16:25 | 12/06/2015 | 12/07/2015 | 1420 C5 | Dell | Optiplex 9020 | 741FV42 | Samsung | SAMSUNG SSD PM8S | S1CTNSAF26-361 | 119 |
| 047 | A | W., Danny | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:30 | 12/07/2015 16:25 | 12/06/2015 | 12/07/2015 | 1420 C11 | Dell | Optiplex 7010 | GP3FV42 | Samsung | SAMSUNG SSD PM8S | S1CTNSAG118985 | 119 |
| 048 | A | Kuebler, Kurt | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:30 | 12/07/2015 16:25 | 12/06/2015 | 12/07/2015 | 1420 O1 | Dell | Optiplex 7010 | 1TXQSV1 | Seagate | ST5000DM002-1BD14 | Z3T0PMM4 | 466 |
| 048 | B | Kuebler, Kurt | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:30 | 12/07/2015 16:25 | 12/06/2015 | 12/07/2015 | 1420 O1 | Dell | Optiplex 7010 | 1TXQSV1 | Seagate | ST5000DM002-1BD14 | Z3T0PMM4 | 466 |
| 049 | A | W., Kevin | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:30 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | 1420 O4 | Dell | Optiplex 7010 | 7JWVVV1 | Seagate | ST5000DM002-1BD14 | Z3T4YLNX | 466 |
| 049 | B | W., Kevin | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 16:30 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | 1420 O4 | Dell | Optiplex 7010 | 7JWVVV1 | Seagate | ST5000DM002-1BD14 | Z3T4X30T | 466 |
| 050 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 17:30 | 12/06/2015 17:48 | 12/06/2015 | 12/07/2015 | Server Room | Dell | Optiplex 7010 | 1TXPSV1 | Seagate | ST5000DM002-1BD14 | Z3T0P7ZP | 466 |
| 050 | B | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 17:30 | 12/06/2015 17:48 | 12/06/2015 | 12/07/2015 | Server Room | Dell | Optiplex 7010 | 1TXPSV1 | Seagate | ST5000DM002-1BD14 | Z3T0Q7YV | 466 |
| 051 | A | Unknown | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 12:00 | 12/06/2015 18:15 | N/A | 12/07/2015 | 1420 Copier | Xerox | WorkCenter 7775 | RFX001896 | Seagate | ST9160412AS | 5VGQ4QH0 | 160 |
| 052 | A | Unknown | Printer | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 12:00 | 12/06/2015 18:15 | 12/06/2015 | 12/07/2015 | 1430 Copier | Xerox | WorkCenter 7775 | RFX001867 | Seagate | ST9160412AS | 5VGPQ5S5 | 160 |
| 053 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 18:45 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | Copy Room 1 (left) | Dell | Vostro 220 | 2Q27NN1 | Western Digital | WDC WD2500AAJS-7 | WD-WMAV2CA02469 | 233 |
| 054 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 18:45 | 12/06/2015 17:50 | 12/06/2015 | 12/07/2015 | Copy Room 2 (Right) | Dell | Vostro 220 | S25TGK1 | Seagate | ST3250318AS | 9VY38EV8 | 250 |

| ES # | Sub ES # | Custodian | Type of Media | Imaged | Received From | Received Location | Date Received | Date Returned | Date Imaged | Date Provided Copy to Opposing Counsel | Device Location | Device Brand | Device Model | Device Serial # | Drive Manufacturer | Drive Model | Drive Serial # | Size (GB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 055 | -- | P., Claudia | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 18:45 | 12/05/2015 19:00 | N/A | N/A | 1420 C4 | HP | LaserJet P1102w | VN83V24891 | N/A | N/A | N/A | N/A |
| 056 | -- | M., Angie | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 18:45 | 12/05/2015 19:00 | N/A | N/A | 1420 C9 | HP | LaserJet P1102w | VN84220549 | N/A | N/A | N/A | N/A |
| 057 | -- | Z., Matt | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 18:45 | 12/05/2015 19:00 | N/A | N/A | 1420 C6 | HP | LaserJet P1102w | VNB4220537 | N/A | N/A | N/A | N/A |
| 058 | -- | G., Paulina | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 18:45 | 12/05/2015 19:00 | N/A | N/A | 1420 C5 | HP | LaserJet P1102w | VN83V24902 | N/A | N/A | N/A | N/A |
| 059 | -- | R., Beverly | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 18:45 | 12/05/2015 19:00 | N/A | N/A | 1420 C3 | HP | LaserJet P1102w | VN84413769 | N/A | N/A | N/A | N/A |
| 060 | -- | O., Rose | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 18:45 | 12/05/2015 19:00 | N/A | N/A | 1420 C10 | HP | LaserJet P1102w | VN84D42254 | N/A | N/A | N/A | N/A |
| 061 | A | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 10:38 | 12/06/2015 16:49 | 12/06/2015 | 12/06/2015 | 1430 Conference Room | Dell | Vostro 230 | 7FWFXQ1 | Intel | INTEL SSDSC2BW12 | CVDA4476014L1207GN | 112 |
| 061 | B | Unknown | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 10:38 | 12/06/2015 16:49 | 12/06/2015 | 12/06/2015 | 1430 Conference Room | Dell | Vostro 230 | 7FWFXQ1 | Seagate | ST3320413AS | 5VMX5PK5 | 298 |
| 062 | A | Shekhter, Margot | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 11:45 | 12/06/2015 17:50 | 12/06/2015 | N/A | iMac (A1419) | Apple | iMac | C02JV1RXDNCW | Apple | ST1000DM003 | S1D54S9M | 933 |
| 063 | -- | W., Kevin | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 14:45 | 12/06/2015 17:50 | N/A | N/A | 1420 C1 | HP | LaserJet P1102w | VN83V24903 | N/A | N/A | N/A | N/A |
| 064 | -- | Ciarmoli, Dino | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 14:45 | 12/06/2015 17:50 | N/A | N/A | 1420 C2 | HP | LaserJet P1102w | VN83K22539 | N/A | N/A | N/A | N/A |
| 065 | -- | W., Catherine | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 14:45 | 12/06/2015 17:50 | N/A | N/A | 1420 C12 | HP | LaserJet P1102w | VN84K13761 | N/A | N/A | N/A | N/A |
| 066 | -- | Lietz, Kurt | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 14:45 | 12/06/2015 17:50 | N/A | N/A | 1420 C8 | HP | LaserJet P1102w | VN84905861 | N/A | N/A | N/A | N/A |
| 067 | -- | W., Danny | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 15:00 | 12/06/2015 17:50 | N/A | N/A | 1420 C11 | HP | LaserJet P1102w | VN83X22552 | N/A | N/A | N/A | N/A |
| 068 | -- | Viswanathan, Shylesh | Printer | N | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/06/2015 15:00 | 12/06/2015 17:50 | N/A | N/A | 1420 O3 | HP | Officejet Pro 8600 | CN318XGBR | N/A | N/A | N/A | N/A |
| 069 | A | N/A | Server | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/07/2015 14:30 | 12/08/2015 13:45 | N/A | N/A | Server Room | SuperMicro | S2000 | 002590AA5AA4 | N/A | N/A | N/A | N/A |
| 069 | B | N/A | Server | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/07/2015 14:30 | 12/08/2015 13:45 | 12/07/2015 | 12/09/2015 | Server Room | SuperMicro | S2000 | 002590AA5AA4 | Western Digital | WD1003FBYX-01Y7B1 | WCAW35361425 | 1024 |
| 069 | C | N/A | Server | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/07/2015 14:30 | 12/08/2015 13:45 | 12/07/2015 | 12/09/2015 | Server Room | SuperMicro | S2000 | 002590AA5AA4 | Western Digital | WD1003FBYX-01Y7B1 | WCAW35289500 | 1024 |
| 069 | D | N/A | Server | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/07/2015 14:30 | 12/08/2015 13:45 | 12/07/2015 | 12/09/2015 | Server Room | SuperMicro | S2000 | 002590AA5AA4 | Western Digital | WD1003FBYX-01Y7B1 | WCAW35358070 | 1024 |
| 069 | E | N/A | Server | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/07/2015 14:30 | 12/08/2015 13:45 | N/A | N/A | Server Room | SuperMicro | S2000 | 002590AA5AA4 | Western Digital | WD1003FBYX-01Y7B1 | WCAW35353110 | 1024 |
| 070 | A | N/A | Server (VM) | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 12:20 | 12/06/2015 14:00 | 12/05/2015 | 12/08/2015 | Server Room | Dell | PowerEdge R210 11 | 99FN9Z1 | N/A | N/A | N/A | N/A |
| 070 | B | N/A | Server (VM) | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 12:20 | 12/06/2015 14:00 | 12/05/2015 | 12/08/2015 | Server Room | Dell | PowerEdge R210 11 | 99FN9Z1 | N/A | N/A | N/A | N/A |
| 070 | C | N/A | Server (VM) | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 12:20 | 12/06/2015 14:00 | 12/05/2015 | 12/08/2015 | Server Room | Dell | PowerEdge R210 11 | 99FN9Z1 | N/A | N/A | N/A | N/A |
| 070 | D | N/A | Server (VM) | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 12:20 | 12/06/2015 14:00 | 12/05/2015 | 12/08/2015 | Server Room | Dell | PowerEdge R210 11 | 99FN9Z1 | N/A | N/A | N/A | N/A |
| 071 | A | N/A | Server (VM) | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 12:20 | 12/06/2015 14:00 | 12/05/2015 | 12/07/2015 | Server Room | Dell | PowerEdge R210 11 | 382P5X1 | N/A | N/A | N/A | N/A |
| 071 | B | N/A | Server (VM) | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 12:20 | 12/06/2015 14:00 | 12/05/2015 | 12/07/2015 | Server Room | Dell | PowerEdge R210 11 | 382P5X1 | N/A | N/A | N/A | N/A |
| 071 | C | N/A | Server (VM) | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 12:20 | 12/06/2015 14:00 | 12/05/2015 | 12/07/2015 | Server Room | Dell | PowerEdge R210 11 | 382P5X1 | N/A | N/A | N/A | N/A |
| 071 | D | N/A | Server (VM) | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/05/2015 12:20 | 12/06/2015 14:00 | 12/05/2015 | 12/07/2015 | Server Room | Dell | PowerEdge R210 11 | 382P5X1 | N/A | N/A | N/A | N/A |
| 072 | A | Shekhter, Neil | Desktop | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/07/2015 16:15 | 12/08/2015 12:45 | 12/07/2015 | 12/08/2015 | Neil Home | Sony | VPCL21AFX | 540751193000702 | Seagate | ST31000528AS | 6VPCPLEK | 1024 |
| 073 | -- | Shekhter, Neil | Printer | N | Neil Shekhter | 1430 5th St, Santa Monica, CA | 12/07/2015 18:10 | 12/07/2015 19:10 | N/A | N/A | Neil Home | HP | Officejet Pro X476dw | CN461-80029 | N/A | N/A | N/A | N/A |
| 074 | A | Shekhter, Neil | Smartphone | Y | Neil Shekhter | 1430 5th St, Santa Monica, CA | 12/07/2015 17:24 | 12/07/2015 18:00 | 12/07/2015 | 12/08/2015 | Neil Home | Apple | iPhone 6 Plus (A1522) | F2LPF127G5QJ | Apple | iPhone 6 Plus | F2LPF127G5QJ | 64 |
| 074 | B | Shekhter, Neil | SIM Card | Y | Neil Shekhter | 1430 5th St, Santa Monica, CA | 12/07/2015 17:24 | 12/07/2015 18:00 | 12/07/2015 | 12/08/2015 | Neil Home | N/A | N/A | N/A | T Mobile | 8.90126E+14 | N/A | N/A |
| 075 | A | Shekhter, Neil | Tablet | Y | Neil Shekhter | 1430 5th St, Santa Monica, CA | 12/07/2015 17:24 | 12/07/2015 18:00 | 12/07/2015 | 12/08/2015 | Neil Home | Apple | iPad (A1475) | DMPLRH0DFKYH | Apple | iPad (A1475) | DMPLRH0DFKYH | 128 |
| 076 | A | Shekhter, Neil | Smartphone | Y | Neil Shekhter | 1430 5th St, Santa Monica, CA | 12/07/2015 18:05 | 12/08/2015 12:45 | 12/07/2015 | 12/08/2015 | Neil Home | Apple | iPhone 6 Plus | F2LND3UG5QN | Apple | iPhone 6 Plus | F2LND3UG5QN | 128 |
| 076 | B | Shekhter, Neil | SIM Card | Y | Neil Shekhter | 1430 5th St, Santa Monica, CA | 12/07/2015 18:05 | 11/14/2131 19:45 | 12/07/2015 | 12/08/2015 | Neil Home | Apple | N/A | 8.90141E+14 | AT&T | 8.90141E+14 | N/A | N/A |
| 077 | -- | Multiple | Office 365 Exchange | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 12/12/2015 12:00 | N/A | 12/14/2015 | 12/15/2015 | Office 365 | N/A | N/A | N/A | N/A | N/A | N/A | 4096 |
| 078 | A | Shekhter, Margot | Smartphone | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 12/18/2015 15:00 | 12/18/2015 16:25 | 12/18/2015 | 12/18/2015 | Margot Home | Apple | iPhone 6 Plus | C39QF2Q5GRXK | Apple | iPhone 6 Plus | C39QF2Q5GRXK | 128 |
| 079 | A | Shekhter, Margot | Laptop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 12/18/2015 15:00 | 12/18/2015 16:40 | 12/18/2015 | 12/18/2015 | Margot Home | Apple | MacBook Air | C02L31XQFLCG | Apple | Macintosh HD | N/A | 465 |
| 080 | A | Shekhter, Margot | Tablet | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 12/18/2015 15:00 | 12/18/2015 16:45 | 12/18/2015 | 12/18/2015 | Margot Home | Apple | iPad (M07BSLL) | DMTLRRR5FX10 | Apple | iPad Air | DMTLRRR5FX10 | 16 |
| 081 | A | Shekhter, Margot | Printer | N | Alan Shekhter | 1430 5th St, Santa Monica, CA | 12/18/2015 15:00 | 12/18/2015 16:40 | N/A | N/A | Margot Home | HP | Envy 100 eAll-in-One Series - D410 | CN09MC21P0 | N/A | N/A | N/A | N/A |
| 082 | A | Shekhter, Adam | Laptop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 12/22/2015 14:00 | 12/22/2015 17:00 | 12/22/2015 | 12/22/2015 | Adam Home | Acer | Aspire R7 | Unknown | Western Digital | WD5000LPVX | WX81A1333101 | 500 |
| 082 | B | Shekhter, Adam | Laptop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 12/22/2015 14:00 | 12/22/2015 17:00 | 12/22/2015 | 12/22/2015 | Adam Home | Acer | Aspire R7 | Unknown | Kingston | SMS151S3 | N/A | 24 |
| 083 | A | Shekhter, Adam | Laptop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 12/22/2015 14:00 | 12/22/2015 18:00 | 12/22/2015 | 12/22/2015 | Adam Home | Apple | MacBook Air (A1369) | C02GL12HORQ4 | Apple | Macintosh HD | N/A | 233 |
| 084 | A | Shekhter, Adam | Smartphone | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 12/22/2015 14:00 | 12/22/2015 17:00 | 12/22/2015 | 12/22/2015 | Adam Home | Apple | iPhone 6 (A1549) | FDNQ51KTG5MK | Apple | iPhone 6 | FDNQ51KTG5MK | 128 |
| 085 | A | Shekhter, Adam | Tablet | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 12/22/2015 14:00 | 12/22/2015 17:00 | 12/22/2015 | 12/22/2015 | Adam Home | Apple | iPad (A1416) | DMPHFFD20VD1 | Apple | iPad | DMPHFFD20VD1 | 16 |
| 086 | A | N/A | External Drive | Y | Enrique Sanchez | 1430 5th St, Santa Monica, CA | 12/30/2015 14:00 | 12/22/2015 17:00 | 12/30/2015 | 01/04/2016 | Dato Cloud | Western Digital | WD8F.RD040H8K-04 | WCC4E6Z7S9HN | Western Digital | Unknown | Unknown | 4096 |
| 087 | A | Linda | Laptop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/06/2016 14:30 | 01/06/2016 | 01/13/2016 | 1420 Office (Unnumbered) | Dell | Latitude E6419 | C80JXV1 | Samsung | MZ7TE250HMHP | S1D8NSBF2S8714L | 250 |
| 088 | A | Serrano, Abel | Laptop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/06/2016 14:30 | 01/06/2016 | 01/13/2016 | Abel Office | Dell | Latitude E6420 | GV7R4R1 | Samsung | MZ7SE120 | S21TNSAG1071S1Y | 120 |
| 089 | A | Valentin, Eddie | Laptop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/13/2016 | Eddie Office | Dell | Latitude 6420 | JG68FV1 | Samsung | MZ7TE256HMHP | S1DBNSAF82S65ST | 250 |
| 090 | A | Sanchez, Enrique | Laptop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/13/2016 | Enrique Cube | Dell | Latitude E6420 | BH68FV1 | Samsung | MZ7TE256HMHP | S1DBNSAF19S437K | 250 |
| 091 | A | Unknown | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/13/2016 | Storage | Dell | Latitude E5430 | 6Y7H8W1 | Toshiba | MK3261GSYN | Y2A8Y8A5F | 320 |
| 092 | A | Shekhter, Adam | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | OPTIPLEX 7010 | 1TYW5V1 | Seagate | SRS00DM002 | Z3T0PZN4 | 500 |
| 092 | B | Shekhter, Adam | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | OPTIPLEX 7010 | 1TYW5V1 | Seagate | ST500DM002 | Z3T0RSJW | 500 |
| 093 | A | Shekhter, Margot | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/13/2016 | 1420 Conference Room | Apple | iMac | D25GW1F9DHJP | Seagate | ST31000528AS | 9VPELRE0 | 1024 |
| 094 | A | Unknown | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | Precision T3500 | JR83WR1 | Seagate | ST3500413AS | Z2AG7C0Q | 500 |
| 094 | B | Unknown | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | Precision T3500 | JR83WR1 | Seagate | ST3500413AS | Z2AG78ZV | 500 |
| 095 | A | Unknown | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | Vostro | 3WJQBP1 | Intel | SSDSC2BW120A4 | CVDA447501R91207GN | 120 |
| 096 | A | Unknown | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/06/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | Precision T3500 | HWYXKM1 | Western Digital | WD5000AAKS-75V0A0 | WCAWF4404671 | 500 |
| 096 | B | Unknown | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/06/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | Precision T3500 | HWYXKM1 | Western Digital | WD5000AAKS-75V0A0 | WCAWF4473576 | 500 |
| 097 | A | Paulina | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/06/2016 10:41 | 01/06/2016 | 01/13/2016 | Storage | Dell | 2Q36NN1 | 2Q36NN1 | Western Digital | WD2500AAJS-75M0A0 | WMAV2CA03352 | 250 |
| 097 | B | Paulina | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/06/2016 10:41 | 01/06/2016 | 01/13/2016 | Storage | Dell | Vostro | 2Q36NN1 | Western Digital | WD2500AAJS-75M0A0 | WMAV2CA61138 | 250 |
| 098 | A | Unknown | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/06/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | Vostro 220 | 52TFHK1 | Seagate | ST325033AS | 9VY38NC4 | 250 |
| 098 | B | Unknown | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/06/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | Vostro 220 | 52TFHK1 | Seagate | ST325033AS | 9VY3B8TQ | 250 |
| 099 | A | Heidi | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/13/2016 | Storage | Dell | 2Q45NN1 | 2Q45NN1 | Western Digital | WD2500AAJS-75M0A0 | WMAV2CP02771 | 250 |
| 099 | B | Heidi | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/13/2016 | Storage | Dell | Vostro | 2Q45NN1 | Western Digital | WD2500AAJS-75M0A0 | WMAV2CS7073 | 250 |
| 100 | A | Nawasuchat, Danny | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | Vostro | 2Q35NN1 | Western Digital | WD2500AAJS-75M0A0 | WMAV2CE57073 | 250 |
| 100 | B | Nawasuchat, Danny | Desktop | Y | Alan Shekhter | 1430 5th St, Santa Monica, CA | 01/06/2016 12:00 | 01/07/2016 10:41 | 01/06/2016 | 01/07/2016 | Storage | Dell | Vostro | 2Q35NN1 | Western Digital | WD2500AAJS-75M0A0 | WMAV2CE57073 | 250 |
| 101 | A | Lietz, Kurt | Laptop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/13/2016 17:00 | 01/16/2016 10:45 | 10/01/2015 | N/A | Atkinson-Baker | Unkn. | Unkn. | Unkn. | Seagate | Barracuda | Z2AMT7G8 | 500 |
| 101 | B | Lietz, Kurt | Laptop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/15/2016 12:30 | 10/02/2015 | N/A | Atkinson-Baker | Unkn. | Unkn. | Unkn. | Seagate | Barracuda | Z2AMT6AE | 500 |
| 102 | A | Bowis, Brian | Laptop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/13/2016 17:00 | 01/15/2016 12:30 | 10/01/2015 | N/A | Atkinson-Baker | Unkn. | Unkn. | Unkn. | Scorpio Black | WXK1E32XLVH9 | | 250 |
| 103 | A | Walters, Scott | Laptop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/16/2016 12:30 | 09/28/2015 | N/A | Atkinson-Baker | Dell | Latitude | Unkn. | Samsung | PM851 2.5 7m | S1CTNSAG263963 | 128 |
| 104 | A | Valentin, Eddie | Laptop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/16/2016 12:30 | 1V7XDX1 | N/A | Atkinson-Baker | Dell | Latitude | Samsung | 840 EVO | S1DBNSAF82S65ST | 250 |
| 105 | A | Vishwanathan, Shylesh | Laptop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/15/2016 12:30 | 1V7XDX1 | N/A | Atkinson-Baker | Dell | Optiplex 7070 | 1V7XDX1 | Western Digital | WDC WD5000AAKX-75U6AA0 | WD-WCC2E0Y03836 | 500 |
| 105 | B | Vishwanathan, Shylesh | Laptop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/15/2016 12:30 | 1V7XDX1 | N/A | Atkinson-Baker | Dell | Optiplex 7070 | 1V7XDX1 | Western Digital | WDC WD5000AAKX-75U6AA0 | WD-WCC2E0Y03836 | 500 |
| 106 | A | Williford, Steve | Laptop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/15/2016 12:30 | 09/25/2015 | N/A | Atkinson-Baker | Dell | Latitude E6430 | 5RYH9W1 | INTEL | SSDSC2BW240A4 | CVDA51730655T2403GN | 250 |
| 107 | A | N/A | Desktop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/16/2016 10:45 | 10/19/2015 | N/A | Atkinson-Baker | Dell | Unkn. | Unkn. | SK | Hynix SH920 | Unkn. | 500 |
| 108 | A | Shekhter, Neil | Desktop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/16/2016 10:45 | 10/19/2015 | N/A | Atkinson-Baker | Dell | Precision T5810 | Unkn. | Unkn. | N/A | N/A | 500 |

| ES # | Sub ES # | Custodian | Type of Media | Imaged | Received From | Received Location | Date Received | Date Returned | Date Imaged | Date Provided Copy to Opposing Expert | Device Location | Device Brand | Device Model | Device Serial # | Drive Manufacturer | Drive Model | Drive Serial # | Size (GB) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | B | Shekhter, Neil | Desktop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/19/2016 11:00 | 10/19/2015 | N/A | Atkinson-Baker | Dell | Precision T5810 | Unkn. | Seagate | Unkn. | S301HYLD | 4096 |
| 109 | A | Valentin, Eddie | Desktop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/15/2016 12:30 | 10/02/2015 | N/A | Atkinson-Baker | Unkn. | Unkn. | Unkn. | Samsung | Unkn. | S1DBNSAFB25621H | 256 |
| 110 | A | Ciarmoli, Dino | Desktop | Y | Charles Savage | 500 N. Brand Boulevard, Glendale, CA | 01/14/2016 13:30 | 01/15/2016 12:30 | 10/02/2015 | N/A | Atkinson-Baker | Unkn. | Unkn. | Unkn. | Western Digital | Caviar Blue | WMAV2J743962 | 320 |
| 111 | A | Anderson, Jim | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/28/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 112 | A | Bowis, Brian | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/21/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 113 | A | Ciarmoli, Dino | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/27/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 114 | A | Colletti, John | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/27/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 115 | A | Lietz, Kurt | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/27/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 116 | A | Shekhter, Adam | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/27/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 117 | A | Shekhter, Margot | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/27/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 118 | A | Shekhter, Neil | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/21/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 118 | B | Shekhter, Neil | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/21/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 118 | C | Shekhter, Neil | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/27/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 119 | A | Valentin, Eddie | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/21/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 120 | A | Walters, Scott | GoDaddy Webmail | Y | Scott Cooper | 1430 5th St, Santa Monica, CA | 01/19/2016 12:00 | N/A | 01/19/2016 | 01/27/2016 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |