GIBSON, DUNN & CRUTCHER LLP
James P. Fogelman, SBN 161584
   jfogelman@gibsondunn.com
Jay P. Srinivasan, SBN 181471
   jsrinivasan@gibsondunn.com
Shannon E. Mader, SBN 235271
   smader@gibsondunn.com
333 South Grand Ave.
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Plaintiff
P6 LA MF Holdings SPE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| P6 LA MF HOLDINGS SPE, LLC, a limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>NMS CAPITAL PARTNERS I, LLC; BRENTWOOD LEGAL SERVICES; STEVEN ZELIG; GENGA & ASSOCIATES, P.C.; WLA LEGAL SERVICES, INC.; JOHN GENGA; MILLER BARONDESS LLP; LOUIS R. MILLER; JAMES GOLDMAN; ALEXANDER FRID; JASON TOKORO; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. 2:19-cv-01150-AB-AFM<br><br>**DECLARATION OF DREW FLOWERS IN SUPPORT OF PLAINTIFF'S OPPOSITIONS DEFENDANTS' SPECIAL MOTIONS TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO C.C.P. § 425.16**<br><br>[*Filed concurrently with Opposition Brief, Declarations of Jay P. Srinivasan, Eric Samek, Jonathan Watson, Gerald M. LaPorte, and Samuel S. Rubin, Evidentiary Objections, and Plaintiff's Request for Judicial Notice; [Proposed] Orders lodged concurrently herewith*]<br><br>**Hearing:**<br>Date:    May 24, 2019<br>Time:   10:00 a.m.<br>Place:  Courtroom 7B<br>Judge:  Hon. André Birotte Jr. |

Gibson, Dunn & Crutcher LLP

DECLARATION OF DREW FLOWERS

# DECLARATION OF DREW FLOWERS

I, Drew Flowers, declare and state as follows:

1. I make this declaration in support of Plaintiff's Opposition to Defendants' Special Motions to Strike Plaintiff's Complaint Pursuant to C.C.P. § 425.16. I am an attorney licensed to practice law in the State of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel for Plaintiff. I have personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would competently testify thereto.

2. As AEW's counsel, I am generally familiar with the Joint Venture P6 LA MF Holdings I LLC between P6 LA MF Holdings SPE, LLC ("AEW") and NMS Capital Partners I, LLC ("NMS Capital") (collectively, the "Joint Venture"). I am also generally familiar with the various properties owned by the Joint Venture (the "Properties") and I was involved with the sale of those Properties as counsel for the Joint Venture, which was the Seller.

3. The Joint Venture made substantial efforts to obtain title insurance for the sale. In particular, I negotiated with Commonwealth Land Title Insurance Company ("Commonwealth") for the provision of title insurance despite the pending litigation maintained by Defendants and their affiliates. Initially, Commonwealth was willing to provide title insurance for a potential sale transaction despite the pending litigation. Commonwealth provided a commitment to this effect. However, the day after receiving the June 29, 2016 letter from Skip Miller on behalf of Defendants, Commonwealth changed its mind, withdrew its commitment, and refused to provide title insurance for any sale transaction involving the Properties. In an email to me, Commonwealth's representative stated that "in light of the statements" in Miller's June 29, 2016 letter, Commonwealth "is not able to proceed with title insurance" for the Properties. Attached hereto as **Exhibit A** is a true and correct copy of a June 30, 2016 email from Claudia Stringfield at Commonwealth to me. A few weeks after Commonwealth withdrew its commitment, Commonwealth reaffirmed its position in a

July 20, 2016 email to me, once again refusing to provide title insurance and explaining that the June 29, 2016 "letter from [NMS'] counsel threatened suit against Commonwealth and ou[r] sister brands if we insured." Attached hereto as **Exhibit B** is a true and correct copy of a July 20, 2016 email from Claudia Stringfield at Commonwealth to me.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California on this 2nd day of May, 2019.

_____
Drew Flowers