GIBSON, DUNN & CRUTCHER LLP
JAMES P. FOGELMAN, SBN 161584
  jfogelman@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
SHANNON MADER, SBN 235271
  smader@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| P6 LA MF HOLDINGS SPE, LLC, a limited liability company,<br><br>             Plaintiff,<br><br>      v.<br><br>NMS CAPITAL PARTNERS I, LLC; BRENTWOOD LEGAL SERVICES; STEVEN ZELIG; GENGA & ASSOCIATES, P.C.; WLA LEGAL SERVICES, INC.; JOHN GENGA; MILLER BARONDESS LLP; LOUIS R. MILLER; JAMES GOLDMAN; ALEXANDER FRID; JASON TOKORO; and DOES 1-10, inclusive,<br><br>             Defendants. | CASE NO. 2:19-cv-01150-AB-(AFMx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO STRIKE PURSUANT TO C.C.P § 425.16**<br><br>[Fed. R. Evid. 201]<br><br>[*Filed concurrently with Plaintiff's Opposition Briefs, Declarations of Jay P. Srinivasan, Eric Samek, Drew Flowers, Jonathan Watson, Gerald M. LaPorte, and Samuel S. Rubin, Evidentiary Objections, and Plaintiff's Request for Judicial Notice; [Proposed] Orders lodged concurrently herewith*]<br><br>**Hearing:**<br>Date:    May 24, 2019<br>Time:    10:00 a.m.<br>Place:   Courtroom 7B<br>Judge:   Hon. André Birotte Jr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201 and supporting case law, Plaintiff P6 LA MF Holdings SPE, LLC ("AEW"), by and through its attorneys of record, hereby requests that the Court take judicial notice of the following documents in connection with Plaintiff's Oppositions to Defendants' Special Motions to Strike the Complaint Pursuant to California Code of Civil Procedure § 425.16 (the "Opposition Briefs").

All of the Exhibits identified below are judicially noticeable and should be considered in conjunction with AEW's Opposition Briefs because they are publicly available state court orders, filings, and hearing transcripts. As such, they are not subject to reasonable dispute and are "capable of accurate and ready determination by reference to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see also Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002) (taking judicial notice of filings in state court). Federal courts routinely take judicial notice of state court filings, including orders, hearing transcripts, and briefs. *See Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002) (taking judicial notice of a state court opinion and briefs filed in that proceeding); *Engine Mfrs. Ass'n v. South Coast Air Quality Mgmt Dist.*, 498 F.3d 1031, 1039 n.2 (9th Cir. 2007) (taking judicial notice of hearing transcript); *Helm v. Alderwoods Grp.*, 696 F. Supp. 2d 1057, 1062 n.1 (N.D. Cal. 2009) (same). Further, AEW requests that the Court take judicial notice of the documents only to the extent they show the existence of prior state court proceedings and judgments, which is not in dispute. *See* Fed. R. Evid. 201(b).

For the foregoing reasons, AEW respectfully requests that the Court take judicial notice of the below Exhibits in connection with AEW's Opposition Briefs.

### Exhibits

1. Attached to the Declaration of Jay Srinivasan as **Exhibit 7** is a true and correct copy of the Complaint in *Lincoln Studios, LLC, et al. v. DLA, et al.*, No. BC551551 (L.A.S.C.) ("*Lincoln Studios*"), filed July 15, 2014.

Gibson, Dunn &

1
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO STRIKE PURSUANT TO C.C.P § 425.16

2. Attached to the Declaration of Jay Srinivasan as **Exhibit 9** is a true and correct copy of the First Amended Complaint in *Lincoln Studios*, filed April 21, 2015

3. Attached to the Declaration of Jay Srinivasan as **Exhibit 11** is a true and correct copy of a Stipulation, filed June 9, 2015 in *Lincoln Studios*.

4. Attached to the Declaration of Jay Srinivasan as **Exhibit 12** is a true and correct copy of a Motion to Admonish Plaintiffs' Counsel Steven Zelig, filed June 15, 2015 in *Lincoln Studios*.

5. Attached to the Declaration of Jay Srinivasan as **Exhibit 17** is a true and correct copy of a September 9, 2015 Order in *Lincoln Studios*.

6. Attached to the Declaration of Jay Srinivasan as **Exhibit 18** is a true and correct copy of the Second Amended Complaint in *Lincoln Studios*, filed September 10, 2015.

7. Attached to the Declaration of Jay Srinivasan as **Exhibit 21** is a true and correct copy the Lincoln Studios' Defendants' Motion for Forensic Examination, filed September 21, 2015 in *Lincoln Studios*.

8. Attached to the Declaration of Jay Srinivasan as **Exhibit 23** is a true and correct copy of the Lincoln Studios' Plaintiffs' Opposition to Defendants' Motion for Forensic Examination, filed September 29, 2015 in *Lincoln Studios*.

9. Attached to the Declaration of Jay Srinivasan as **Exhibit 28** is a true and correct copy of the transcript of the October 5, 2015 hearing on the *Lincoln Studios*' Defendants' Motion for Forensic Examination in Lincoln Studios.

10. Attached to the Declaration of Jay Srinivasan as **Exhibit 29** is a true and correct copy of an October 6, 2015 Order Granting Defendants' Motion for Forensic Examination in *Lincoln Studios*.

11. Attached to the Declaration of Jay Srinivasan as **Exhibit 34** is a true and correct copy of a December 10, 2015 Order Sustaining the *Lincoln Studios* Defendants' Demurrers to Plaintiffs' Second Amended Complaint in *Lincoln Studios*.

12. Attached to the Declaration of Jay Srinivasan as **Exhibit 38** is a true and correct copy of the Third Amended Complaint in *Lincoln Studios*, filed January 1, 2016.

13. Attached to the Declaration of Jay Srinivasan as **Exhibit 39** is a true and correct copy of the Lincoln Studios' Defendants' Motion for Terminating and Other Sanctions, filed January 29, 2016 in *Lincoln Studios*.

14. Attached to the Declaration of Jay Srinivasan as **Exhibit 43** is a Complaint, filed March 22, 2016 to initiate *NMS Capital Partners I, LLC v. P6 LA MF Holdings SPE, LLC, et al.*, No. BS161464 (L.A.S.C.).

15. Attached to the Declaration of Jay Srinivasan as **Exhibit 47** is a true and correct copy of a June 8, 2016 Order sustaining the Lincoln Studios' Defendants' Demurrers to Plaintiffs' Third Amended Complaint in *Lincoln Studios*.

16. Attached to the Declaration of Jay Srinivasan as **Exhibit 53** is a true and correct copy of relevant excerpts from the transcript of a July 5, 2016 hearing on Plaintiffs' Motion for Terminating Sanctions in *P6 LA MF Holdings I, LLC, et al. v. NMS Properties, Inc., et al.,* No. BC584878 (the "Property Management" Action).

17. Attached to the Declaration of Jay Srinivasan as **Exhibit 55** is a true and correct copy of a July 5, 2016 Order Denying without Prejudice Plaintiffs' Motion for Terminating Sanctions in the Property Management Action.

18. Attached to the Declaration of Jay Srinivasan as **Exhibit 56** is a true and correct copy of the First Amended Complaint in *Shekhter v. Sharf*, No. SC125259 (L.A.S.C.).

19. Attached to the Declaration of Jay Srinivasan as **Exhibit 58** is a true and correct copy of a July 29, 2016 Order granting the *Lincoln Studios* Defendants' Motion for Terminating and Other Sanctions in *Lincoln Studios*.

20. Attached to the Declaration of Jay Srinivasan as **Exhibit 59** is a true and correct copy of a Complaint, filed August 4, 2016, initiating *NMS Capital Partners I, LLC v. P6 LA MF Holdings SPE, LLC*, No. SC126224 (L.A.S.C.)

21. Attached to the Declaration of Jay Srinivasan as **Exhibit 61** is a true and correct copy of the Second Amended Complaint, filed December 23, 2016 in *NMS Capital Partners I, LLC v. P6 LA MF Holdings I, LLC*, No. SC125918 (L.A.S.C.).

22. Attached to the Declaration of Jay Srinivasan as **Exhibit 62** is a true and correct copy of a Memorandum issued on September 12, 2018 by the Supreme Court of California, denying the *Lincoln Studios* Plaintiffs' Petition for Review in Lincoln Studios, Appeal No. S250291.

23. Attached to the Declaration of Jay Srinivasan as **Exhibit 63** is a true and correct copy of a Remittitur that issued on September 13, 2018 in *Lincoln Studios*.

24. Attached to the Declaration of Jay Srinivasan as **Exhibit 67** is a true and correct copy of Plaintiff's Request for Dismissal, filed July 25, 2018 in *NMS Capital Partners I, LLC v. P6 LA MF Holdings SPE, LLC, et al.*, No. BS161464 (L.A.S.C.).

25. Attached to the Declaration of Jay Srinivasan as **Exhibit 68** is a true and correct copy of Plaintiff's Request for Dismissal, filed August 29, 2018 in *Shekhter v. Sharf*, No. SC125259 (L.A.S.C.).

26. Attached to the Declaration of Jay Srinivasan as **Exhibit 69** is a true and correct copy of a Request for Dismissal, filed December 12, 2018 in *NMS Capital Partners I, LLC v. P6 LA MF Holdings I, LLC*, No. SC125918 (L.A.S.C.).

27. Attached to the Declaration of Jay Srinivasan as **Exhibit 70** is a true and correct copy of a Request for Dismissal, filed March 3, 2019 in *NMS Capital Partners I, LLC, et. Al v. P6 LA MF Holdings I, LLC, et al.* No. SC125919 (L.A.S.C.).

28. Attached to the Declaration of Jay Srinivasan as **Exhibit 71** is a true and correct copy of relevant excerpts from the transcript of a October 14, 2016 evidentiary hearing in *Lincoln Studios*.

29. Attached to the Declaration of Jay Srinivasan as **Exhibit 72** is a true and correct copy of relevant excerpts from the transcript of a hearing on August 28, 2016 in *Lincoln Studios*.

30. Attached to the Declaration of Jay Srinivasan as **Exhibit 82** is a true and correct copy of relevant excerpts from the transcript of a February 19, 2019 hearing on Lincoln Studios' Plaintiffs' Disqualification Motion and *Lincoln Studios* Defendants' Terminating Sanctions Motion in *Lincoln Studios*.

31. Attached to the Declaration of Jay Srinivasan as **Exhibit 83** is a true and correct copy of the First Amended Complaint, filed December 23, 2016 in *P6 LA MF Holdings I, LLC, et al. v. NMS Properties, Inc.*, et al., No. BC584878 (L.A.S.C) ("Property Management Action").

32. Attached to the Declaration of Jay Srinivasan as **Exhibit 84** is a true and correct copy of a June 24, 2015 Order granting the Plaintiffs' Motion for a Preliminary Injunction in the Property Management Action.

33. Attached to the Declaration of Jay Srinivasan as **Exhibit 85** is a true and correct copy of a July 17, 2015 Order denying the Plaintiffs' Motion for a Preliminary Injunction in the Property Management Action.

34. Attached to the Declaration of Jay Srinivasan as **Exhibit 86** is a true and correct copy of the Lincoln Studios' Plaintiffs opening appellate brief concerning the *Lincoln Studios* court's granting of terminating sanctions, filed September 26, 2017.

35. Attached to the Declaration of Jay Srinivasan as **Exhibit 87** is a true and correct copy of the *Lincoln Studios* Plaintiffs' Opposition to the *Lincoln Studios* Defendants' Motion for Terminating and Other Sanctions, filed February 23, 2016.

36. Attached to the Declaration of Jay Srinivasan as **Exhibit 91** is a true and correct copy of a June 29, 2016 Order denying Plaintiffs Motion for Preliminary Injunction in the Property Management Action.

Gibson, Dunn &

5

37. Attached to the Declaration of Jay Srinivasan as **Exhibit 92** is a true and correct copy of the Lincoln Studios' Plaintiffs' Ex Parte Application for Leave to File Amended Complaint or, in the Alternative to Continue Demurrer Hearings, filed on November 17, 2015 in *Lincoln Studios*.

Dated: May 3, 2019

                                GIBSON, DUNN & CRUTCHER LLP

                                By: /s/ James P. Fogelman
                                           James P. Fogelman
                                Attorneys for Plaintiff