# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| P6 LA MF Holdings SPE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NMS CAPITAL PARTNERS I, LLC; BRENTWOOD LEGAL SERVICES; STEVEN ZELIG; GENGA & ASSOCIATES, P.C.; WLA LEGAL SERVICES, INC.; JOHN GENGA; MILLER BARONDESS LLP; LOUIS R. MILLER; JAMES GOLDMAN; ALEXANDER FRID; JASON TOKORO; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01150-AB-(AFMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AND SUSTAINING PLAINTIFF'S EVIDENTIARY OBJECTIONS**<br><br>**Hearing:**<br>Date:   May 24, 2019<br>Time:   10:00 a.m.<br>Place:  Courtroom 7B<br>Judge:  Hon. André Birotte Jr. |

# ORDER

On May 24, 2019, Plaintiff P6 LA MF Holdings SPE, LLC's Request for Judicial Notice and Evidentiary Objections came before the Court on a hearing in the above-entitled action.

The Court, having considered the papers filed, and having heard any oral argument of counsel, hereby ORDERS that Plaintiff's Request for Judicial Notice is GRANTED.

IT IS SO ORDERED.

Dated: May __, 2019

By: _____
Honorable André Birotte Jr.
United States District Court Judge