UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-01150-AB (AFMx) | Date: | May 24, 2019 |
| Title: | P6 LA MF Holdings SPE, LLC v. NMS Capital Partners I, LLC et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Patricia Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James P Fogelman | Alexander S Frid |
| Jagannathan P Srinivasan | Louis R Miller |
| Shannon Edward Mader | Steven L Zelig |
| Zachary Ritz | Stephen J Tully |
| | Brian W Ludeke |
| | John Genga |

**Proceedings:** 1) DEFENDANTS GENGA & ASSOCIATES, P.C. AND JOHN GENGA'S SPECIAL MOTION TO STRIKE COMPLAINT [41];
2) DEFENDANTS ALEXANDER FRID, JAMES GOLDMAN, LOUIS R MILLER, MILLER BARONDESS LLP, JASON TOKORO'S SPECIAL MOTION TO STRIKE COMPLAINT [42];
3) DEFENDANTS STEVEN ZELIG, WLA LEGAL SERVICES, INC. AND BRENTWOOD LEGAL SERVICES SPECIAL MOTION TO STRIKE COMPLAINT [48];
4) SPECIAL MOTION TO STRIKE COMPLAINT BY DEFENDANTS STEVEN ZELIG AND BRENTWOOD LEGAL SERVICES, LLP [53]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.