Stephen J. Tully, SBN 112390
stully@garrett-tully.com
Robert Garrett, SBN 65886
rgarrett@garrett-tully.com
Efren A. Compeán, SBN 119658
ecompean@garrett-tully.com
GARRETT & TULLY, P.C.
225 S. Lake Ave., Suite 1400
Pasadena, California 91101-4869
Telephone: (626) 577-9500
Facsimile:  (626) 577-0813

Attorneys for Miller Barondess, LLP,
Louis R. Miller, James Goldman,
Alexander Frid, and Jason Tokoro

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| P6 LA MF Holdings SPE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NMS CAPITAL PARTNERS I, LLC; BRENTWOOD LEGAL SERVICES; STEVEN ZELIG; GENGA & ASSOCIATES, P.C.; WLA LEGAL SERVICES, INC,; JOHN GENGA; MILLER BARONDESS LLP; LOUIS R. MILLER, JAMES GOLDMAN; ALEXANDER FRID; JASON TOKORO; AND DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01150-AB-AFMx<br><br>(Hon. André Birotte, Jr.)<br><br>**NOTICE OF APPEAL** |

GARRETT & TULLY
A PROFESSIONAL CORPORATION

**NOTICE IS HEREBY GIVEN** that Defendants Miller Barondess, LLP, Louis R. Miller, James Goldman, Alexander Frid, and Jason Tokoro (the "Miller Defendants") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendants' Special Motions to Strike Complaint entered in this action on the 5th of September, 2019 (ECF No. 86).

DATED: September 6, 2019         GARRETT & TULLY, P.C.

*/s Efren A. Compeán*
EFREN A. COMPEÁN
Attorneys for Defendants Miller Barondess, LLP, Louis R. Miller, James Goldman, Alexander Frid, and Jason Tokoro

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 6, 2019.

                      /s/Delorise Cameron
Delorise Cameron
GARRETT & TULLY, P.C.
225 South Lake Avenue, Suite 1400
Pasadena, CA 91101
Telephone: (626) 577-9500
Facsimile:   (626) 577-0813
Email: ecompean@garrett-tully.com