GIBSON, DUNN & CRUTCHER LLP
James P. Fogelman, SBN 161584
   jfogelman@gibsondunn.com
Jay P. Srinivasan, SBN 181471
   jsrinivasan@gibsondunn.com
Shannon E. Mader, SBN 235271
   smader@gibsondunn.com
333 South Grand Ave.
Los Angeles, CA  90071-3197
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520

Attorneys for Plaintiff
P6 LA MF Holdings SPE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| P6 LA MF HOLDINGS SPE, LLC, a limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>NMS CAPITAL PARTNERS I, LLC; BRENTWOOD LEGAL SERVICES; STEVEN ZELIG; GENGA & ASSOCIATES, P.C.; WLA LEGAL SERVICES, INC.; JOHN GENGA; MILLER BARONDESS LLP; LOUIS R. MILLER; JAMES GOLDMAN; ALEXANDER FRID; JASON TOKORO; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:19-cv-01150-AB-AFM<br><br>**STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM AGAINST DEFENDANT NMS CAPITAL PARTNERS I, LLC** |

STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff P6 LA
2  MF Holdings SPE, LLC ("Plaintiff"), on the one hand, and Defendant NMS Capital
3  Partners I, LLC, on the other hand, by and through their respective counsel of record,
4  hereby stipulate and agree as follows:
5  WHEREAS, on February 14, 2019, Plaintiff P6 LA MF Holdings SPE, LLC
6  filed a Complaint against Defendant alleging a single claim for malicious
7  prosecution. (Dkt. 1);
8  WHEREAS, on April 12, 2019, Defendant NMS Capital Partners I, LLC filed
9  an Answer to the Complaint. (Dkt. 39);
10  WHEREAS, Plaintiff and Defendant NMS Capital Partners I, LLC have
11  reached a settlement regarding Plaintiff's claim against NMS Capital Partners I, LLC;
12  WHEREAS, as a result, the parties agree that Plaintiff's claim against
13  Defendant NMS Capital Partners I, LLC should be dismissed with prejudice; and
14  WHEREAS, the parties agree that Plaintiff and Defendant NMS Capital
15  Partners I, LLC will bear their own fees and costs incurred in connection with this
16  litigation;
17  NOW, THEREFORE, the Parties stipulate and agree as follows:
18  1.  Plaintiff's claim for malicious prosecution against NMS Capital
19  Partners I, LLC shall be dismissed with prejudice pursuant to Federal Rule of Civil
20  Procedure 41(a)(1)(A)(ii); and
21  2.  Plaintiff and Defendant NMS Capital Partners I, LLC will bear their own
22  fees and costs.
23  **IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Dated: September 10, 2019 | JAMES P. FOGELMAN<br>GIBSON, DUNN & CRUTCHER LLP |

By: */s/ James P. Fogelman*
James P. Fogelman

Attorneys for Plaintiff

Dated: September 10, 2019    LOUIS R. MILLER
MILLER BARONDESS LLP

By: */s/ Louis R. Miller*
Louis R. Miller

Attorneys for Defendant NMS Capital Partners I, LLC

3
STIPULATION REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE