Steven Zelig, SBN 094654
WLA LEGAL SERVICES, INC.
1543 7th St., Suite 300
Santa Monica, California 90401
T: 310/393-6702 F: 310/393-6703

Attorneys for Defendants Steven Zelig, WLA Legal Services, Inc. and Brentwood Legal Services, LLP, erroneously sued and served as Brentwood Legal Services

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| P6 LA MF Holdings SPE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NMS CAPITAL PARTNERS I, LLC; BRENTWOOD LEGAL SERVICES; STEVEN ZELIG; GENGA & ASSOCIATES, P.C.; WLA LEGAL SERVICES, INC.; JOHN GENGA; MILLER BARONDESS LLP; LOUIS R. MILLER; JAMES GOLDMAN; ALEXANDER FRID; JASON TOKORO; AND DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-1150-AB-AFMx<br><br>(Hon. André Birotte, Jr.)<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that Defendants Steven Zelig, WLA Legal Services, Inc. and Brentwood Legal Services, LLP (erroneously sued and served as Brentwood Legal Services) hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendants' Special Motions to Strike Complaint entered in this action on the 5th of September, 2019 (ECF No. 86).

DATED: September 19, 2019

WLA LEGAL SERVICES, INC.

By: _____

Steven Zelig, Attorney for Defendants Steven Zelig, WLA Legal Services, Inc., and Brentwood Legal Services, LLP (erroneously sued and served as Brentwood Legal Services)

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under the penalty of perjury under the laws of the United States of American that the foregoing is true and correct. Executed on September 19, 2019.

_____
Kristen Bingham

# SERVICE LIST

John Michael Genga
Genga and Associates PC
16000 Ventura Boulevard, Suite 1205
Encino, CA 91436
Tel: 818-444-4580 Fax: 818-444-4585
Email: jgenga@gengalaw.com

Louis R Miller
Alexander S Frid Jason H Tokoro
James Lewis Goldman
Miller Barondess LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067

James P Fogelman
Jagannathan P Srinivasan
Shannon Edward Mader
Zachary Robert Ritz
Gibson Dunn and Crutcher LLP
333 S Grand Avenue 47th Floor
Los Angeles S Grand Avenue, 47th Floor
Los Angeles, CA 90071
Email: jfogelman@gibsondunn.com
Email: jsrinivasan@gibsondunn.com
Email: smader@gibsondunn.com
Email: zritz@gibsondunn.com

Stephen J. Tully
Robert Garrett
Efren A. Compean
GARRETT & TULLY, P.C.
225 S. Lake Ave., Ste. 1400
Pasadena, California 91101-4869