GIBSON, DUNN & CRUTCHER LLP
James P. Fogelman, SBN 161584
　jfogelman@gibsondunn.com
Jay P. Srinivasan, SBN 181471
　jsrinivasan@gibsondunn.com
Shannon E. Mader, SBN 235271
　smader@gibsondunn.com
333 South Grand Ave.
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Plaintiff
P6 LA MF Holdings SPE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| P6 LA MF HOLDINGS SPE, LLC, a limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRENTWOOD LEGAL SERVICES; STEVEN ZELIG; GENGA & ASSOCIATES, P.C.; WLA LEGAL SERVICES, INC.; JOHN GENGA; MILLER BARONDESS LLP; LOUIS R. MILLER; JAMES GOLDMAN; ALEXANDER FRID; JASON TOKORO; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:19-cv-01150-AB-AFM<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order dated September 11, 2019 (Docket Entry 90), Plaintiff P6 LA MF Holdings SPE, LLC ("Plaintiff") and Defendants Brentwood Legal Services, Steven Zelig, WLA Legal Services, Inc. (the "Zelig Defendants"), Genga & Associates, P.C., John Genga (the "Genga Defendants"), Miller Barondess LLP, Louis R. Miller, James Goldman, Alexander Frid, and Jason Tokoro (the "Miller Barondess Defendants" collectively with the Zelig and Genga Defendants, "Defendants").

In the instant action, Plaintiff sued Defendants for malicious prosecution. Complaint, Docket Entry 1. Thereafter, Defendants moved to strike the Complaint under California Civil Procedure Code section 425.16 ("Motions to Strike"). Docket Entries 41, 42, 48, 53.  On September 4, 2019, the Court denied Defendants' Motions to Strike. Docket Entry 86.

**The Miller Barondess Defendants**

On September 6, 2019, the Miller Barondess Defendants filed their Notice of Appeal, appealing the Court's order denying their Motion to Strike (Court of Appeal No. 19-56099). Docket Entry 87. The Miller Barondess Defendants' Opening Brief is due on March 2, 2020, and Plaintiff's Answering Brief is due on April 1, 2020.

**The Genga Defendants**

On September 12, 2019, the Genga Defendants filed their Notice of Appeal, appealing the Court's order denying their Motion to Strike (Court of Appeal No. 19-56100). Docket Entry 91. The Genga Defendants' Opening Brief is due on February 25, 2020, and Plaintiff's Answering Brief is due on March 26, 2020.

**The Zelig Defendants**

On September 19, 2019, the Zelig Defendants filed their Notice of Appeal, appealing the Court's order denying their Motion to Strike (Court of Appeal No. 19-56113). Docket Entry 92.  The Zelig Defendants' Opening Brief is due on February 28, 2020, and Plaintiff's Answering Brief is due on March 30, 2020.

| | | |
|---|---|---|
| 1 | Dated: February 10, 2020 | JAMES P. FOGELMAN |
| 2 | | GIBSON, DUNN & CRUTCHER LLP |

By: /s/ *James P. Fogelman*
James P. Fogelman

Attorneys for Plaintiff

Dated: February 10, 2020           EFREN COMPEAN
                                   GARRETT & TULLY

By: _____
    Efren Compean

Attorneys for Defendants Miller Barondess LLP, Louis R. Miller, Alexander Frid, James Goldman, and Jason Tokoro

Dated: February 10, 2020           STEVEN ZELIG
                                   WLA LEGAL SERVICES, INC.

By: _____
    Steven Zelig

Attorney for Defendants WLA Legal Services, Inc. Brentwood Legal Services, and Steven Zelig

Dated: February 10, 2020           JOHN GENGA
                                   GENGA & ASSOCIATES, P.C.

By: *John Genga*
    John Genga

Attorney for Defendants Genga & Associates, P.C. and John Genga

| | | |
|---|---|---|
| Dated: February 10, 2020 | | JAMES P. FOGELMAN<br>GIBSON, DUNN & CRUTCHER LLP |

By: _____
James P. Fogelman

Attorneys for Plaintiff

Dated: February 10, 2020                    EFREN COMPEAN
                                            GARRETT & TULLY

By: */s/ Efren Compean*
Efren Compean

Attorneys for Defendants Miller Barondess LLP, Louis R. Miller, Alexander Frid, James Goldman, and Jason Tokoro

Dated: February 10, 2020                    STEVEN ZELIG
                                            WLA LEGAL SERVICES, INC.

By: */s/ Steven Zelig*
Steven Zelig

Attorney for Defendants WLA Legal Services, Inc. Brentwood Legal Services, and Steven Zelig

Dated: February 10, 2020                    JOHN GENGA
                                            GENGA & ASSOCIATES, P.C.

By: _____
John Genga

Attorney for Defendants Genga & Associates, P.C. and John Genga