1  GIBSON, DUNN & CRUTCHER LLP
   James P. Fogelman, SBN 161584
2     jfogelman@gibsondunn.com
   Jay P. Srinivasan, SBN 181471
3     jsrinivasan@gibsondunn.com
   Shannon E. Mader, SBN 235271
4     smader@gibsondunn.com
   333 South Grand Ave.
5  Los Angeles, CA  90071-3197
   Telephone:  (213) 229-7000
6  Facsimile:  (213) 229-7520

7  Attorneys for Plaintiff
   P6 LA MF Holdings SPE, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| P6 LA MF Holdings SPE, LLC, a limited liability company, | CASE NO. 2:19-cv-1150-AB-(AFMx) |
| Plaintiff, | **STIPULATION REGARDING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| NMS CAPITAL PARTNERS I, LLC; BRENTWOOD LEGAL SERVICES; STEVEN ZELIG; GENGA & ASSOCIATES, P.C.; WLA LEGAL SERVICES, INC.; JOHN GENGA; MILLER BARONDESS LLP; LOUIS R. MILLER; JAMES GOLDMAN; ALEXANDER FRID; JASON TOKORO; and DOES 1-10, inclusive, | Judge:  André Birotte Jr.<br>Action Filed:  February 14, 2019 |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, Plaintiff P6 LA MF Holdings SPE, LLC ("AEW") and Defendants Brentwood Legal Services, Steven Zelig, WLA Legal Services, Inc., Miller Barondess LLP, Louis R. Miller, James Goldman, Alexander Frid, Jason Tokoro, Genga & Associates, P.C., and John Genga, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on February 14, 2019, Plaintiff AEW filed the instant action;

WHEREAS, on April 12, 2019, Defendants WLA Legal Services, Inc. and NMS Capital Partners I, LLC ("NMS") filed Answers to Plaintiff's Complaint;

WHEREAS, on April 19, 2019, Defendants Steven Zelig and Brentwood Legal Services filed Answers to Plaintiff's Complaint;

WHEREAS, on August 26, 2019, AEW and Defendant NMS reached a settlement of AEW's claims against NMS in the instant action;

WHEREAS, on September 10, 2019, AEW and NMS stipulated to NMS' dismissal from the instant action;

WHEREAS, on April 3, 2020, AEW and Defendants Brentwood Legal Services, Steven Zelig, WLA Legal Services, Inc., Miller Barondess LLP, Louis R. Miller, James Goldman, Alexander Frid, Jason Tokoro, Genga & Associates, P.C., and John Genga reached a settlement of the claims in the instant action;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. The above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure; and

2. Plaintiff and Defendants shall each bear his, her, or its own fees and costs.

**IT IS SO STIPULATED.**

DATED: April 10, 2020

GIBSON, DUNN & CRUTCHER LLP

By: __/s/ *James P. Fogelman*_____
James P. Fogelman
*Attorneys for Plaintiff*

DATED: April 10, 2020

GENGA & ASSOCIATES

By: _____/s/ *John Genga*_____
John Genga
*Attorney for Defendants John Genga & Associates, P.C., and John Genga*

DATED: April 10, 2020

BRENTWOOD LEGAL SERVICES

By: ____/s/ *Steven Zelig*_____
Steven Zelig
*Attorney for Defendants Steven Zelig, Brentwood Legal Services, and WLA Legal Services, Inc.*

DATED: April 10, 2020

GARRETT & TULLY

By: ____/s/_____*Stephen J. Tully*_____
Stephen J. Tully
*Attorney for Defendants Miller Barondess LLP, Louis R. Miller, James Goldman, Alexander Frid, and Jason Tokoro*