| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 10 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

P6 LA MF HOLDINGS SPE, LLC, a limited liability company,

    Plaintiff-Appellee,

 v.

GENGA & ASSOCIATES, P.C.; JOHN MICHAEL GENGA,

    Defendants-Appellants,

 and

NMS CAPITAL PARTNERS I, LLC; et al.,

    Defendants.

No.   19-56100

D.C. No. 2:19-cv-01150-AB-AFM
Central District of California,
Los Angeles

ORDER

The appellants' motion (Docket Entry No. 11) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT


                By: Terri Haugen
                Deputy Clerk
                Ninth Circuit Rule 27-7

tah/4.6.20/Pro Mo